IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, ) | |
| ) | |
| Plaintiffs, ) | Civ. No. 04-1200-SLR |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, _____) | |
| DEPARTMENT OF PUBLIC SAFETY,\_\_\_\_) | |
| CAPITOL POLICE, _____) | |
| ) | |
| Defendant_____) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this  30th  day of March, 2005, I have caused to be mailed two true and correct copies of the **Plaintiff's Answers to Form 30 Interrogatories** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 Shipley Street
Wilmington, DE 19801

/s/ R. Stokes Nolte
R. Stokes Nolte
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE  19805
(302) 777-1700

Date: 3/30/05