IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 04-1200-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, _____) | | |
| DEPARTMENT OF PUBLIC SAFETY,\_\_\_\_) | | |
| CAPITOL POLICE, _____) | | |
| _____) | | |
| Defendant_____) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March, 2005, I have caused to be mailed two true and correct copies of the **Response to Defendant's Request for Production** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 Shipley Street
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　/s/ R. Stokes Nolte
　　　　　　　　　　　　　　　　　　　　　　　R. Stokes Nolte
　　　　　　　　　　　　　　　　　　　　　　　1010 N. Bancroft Parkway
　　　　　　　　　　　　　　　　　　　　　　　Suite 21
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19805
　　　　　　　　　　　　　　　　　　　　　　　(302) 777-1700

Date:3/30/05