IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART,           ) | |
|                            ) | |
|    Plaintiff,              ) | Civ. No. 04-1200-SLR |
|                            ) | |
| v.                         ) | |
|                            ) | |
| STATE OF DELAWARE, _____) | |
| DEPARTMENT OF PUBLIC SAFETY,__) | |
| CAPITOL POLICE, _____) | |
| _____) | |
|    Defendant_____        ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>10th</u> day of <u>May</u>, 2005, I have caused to be mailed two true and correct copies of the **Plaintiff's Request for Production** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 Shipley Street
Wilmington, DE 19801

/s/ R. Stokes Nolte
R. Stokes Nolte
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700

Date: 5/10/05