IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, _____)<br>DEPARTMENT OF PUBLIC SAFETY,____)<br>CAPITOL POLICE, _____)<br>_____)<br>Defendant_____) | Civ. No. 04-1200-SLR |

**CERTIFICATE OF SERVICE**

I hereby certify that on this __10th__ day of __May__, 2005, I have caused to be mailed two true and correct copies of the **Plaintiff's Interrogatories** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 Shipley Street
Wilmington, DE 19801

/s/ R. Stokes Nolte
R. Stokes Nolte
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE  19805
(302) 777-1700

Date: 5/10/05