# NOLTE & ASSOCIATES

ATTORNEYS AT LAW

| | |
|---|---|
| 1010 N. BANCROFT PARKWAY | TELEPHONE    (302) 777-1700 |
| SUITE 21 | FACSIMILE    (302) 777-1705 |
| WILMINGTON, DE 19805 | E-MAIL RNOLTE@NB-DE.COM |

July 8, 2005

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

       **Re: Stewart v. State of Delaware**
       **C.A. No.: 04-1200 (SLR)**

Dear Judge Robinson:

      Enclosed please find the Scheduling Order regarding the above caption matter. I apologize that this is late but we still have not received the defendant's responses to our request for discovery, which were due under the original proposed Order on or before June 30, 2005. I have written to Ms. Murphy under separate cover to resolve this issue. I have pushed the discovery deadline back 30 days to address the late discovery. Please feel free to contact me if the Court has concerns over this issue.

                                                        Very truly yours,

                                                          */s/ R. Stokes Nolte*

                                                          R. STOKES NOLTE

RSN/jfd

Enc.

cc:  Patricia Murphy, Esquire