IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1200-SLR |
| | ) |
| STATE OF DELAWARE, DEPARTMENT | ) |
| OF PUBLIC SAFETY, CAPITOL | ) |
| POLICE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 13th day of July, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b);

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery**.

    (a) Discovery will be needed on the following subjects: Capital Police interview process.

    (b) All fact discovery shall be commenced in time to be completed by **August 31, 2005.**

    (c) Maximum of **35** interrogatories by each party to any

other party.

    (d)   Maximum of **10** requests for admission by each party to any other party.

    (e)   Maximum of **5** depositions by plaintiff and **5** by defendant.

    (f)   Each deposition limited to a maximum of **3** hours unless extended by agreement of parties.

    (g)   Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **September 15, 2005**. Rebuttal expert reports due by **September 30, 2005**.

    (h)  **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.   **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **July 29, 2005.**

4.   **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the

purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **October 30, 2005.** Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10) days** from the above date without leave of the court.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

                                       _____
                                       United States District Judge