IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 04-1200-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| CAPITOL POLICE, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF SERVICE OF DEFENDANT'S RESPONSE TO PLAINTIFF'S DISCOVERY

PLEASE TAKE NOTICE, that on this 9th day of August , 2005, I have caused to be mailed a true and correct copies of **Defendant's Responses to Plaintiff's Interrogatories and Defendant's Response to Plaintiff's Request for Production** to:

R. Stokes Nolte, Esquire
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE  19805

　/s/ Patricia D. Murphy
Patricia D. Murphy
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8914
patricia.murphy@state.de.us

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2005, I electronically filed Notice of Service of Defendant's Response to Plaintiff's Discoverywith the Clerk of Court using CM/ECF which will send notification of such filing to the following: R. Stokes Nolte, Esquire.

  /s/ Patricia D. Murphy
Patricia D. Murphy
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8914
patricia.murphy@state.de.us