IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, )<br>DEPARTMENT OF PUBLIC SAFETY, )<br>CAPITOL POLICE )<br>)<br>Defendant. ) | Civ. No. 04-1200-SLR |

**CERTIFICATE OF SERVICE**

I hereby certify that on this __29th__ day of __August__, 2005, I have caused to be mailed two true and correct copies of the **Notice of Deposition of Lt. David Hunt** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 Shipley Street
Wilmington, DE 19801

                                                       /s/ R. Stokes Nolte
                                                       R. Stokes Nolte, Esquire
                                                       De. State Bar I.D. No.: 2301
                                                       Nolte & Associates
                                                       1010 N. Bancroft Parkway
                                                       Suite 21
                                                       Wilmington, DE 19805
                                                       (302) 777-1700
                                                       Attorney for Russell Stewart

Date: __8/29/05__