IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 04-1200-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, _____ | ) | |
| DEPARTMENT OF PUBLIC SAFETY,\_\_ | ) | |
| CAPITOL POLICE, _____ | ) | |
| | ) | |
| Defendant_____ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2005, I have caused to be mailed two true and correct copies of the **Plaintiff's Supplemental Request for Production** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 Shipley Street
Wilmington, DE 19801

/s/ *R. Stokes Nolte*
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Russell Stewart

Date: