IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART,              )<br>                                              )<br>        Plaintiff,            )    Civ. No. 04-1200-SLR<br>                                              )<br>    v.                                 )<br>                                              )<br>STATE OF DELAWARE, _____)<br>DEPARTMENT OF PUBLIC SAFETY,___)<br>CAPITOL POLICE, _____)<br>_____)<br>        Defendant_____)  | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this __1st__ day of __September__, 2005, I have caused to be mailed two true and correct copies of the **Plaintiff's Supplemental Request for Production** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 Shipley Street
Wilmington, DE 19801

 

                                                            */s/ R. Stokes Nolte*
                                                            R. Stokes Nolte, Esquire
                                                            De. State Bar I.D. No.: 2301
                                                            Nolte & Associates
                                                            1010 N. Bancroft Parkway
                                                            Suite 21
                                                            Wilmington, DE 19805
                                                            (302) 777-1700
                                                            Attorney for Russell Stewart

Date: