IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 04-1200-SLR |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| CAPITOL POLICE ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this   27th   day of  September  , 2005, I have caused to be mailed two true and correct copies of the **Motion to Extend the Dispostive Motion Deadline** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                          */s/ R. Stokes Nolte*
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Russell Stewart

Date: