IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 04-1200-SLR |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| CAPITOL POLICE ) | |
| ) | |
| Defendant. ) | |

## ORDER

**ON THIS** the _____ day of _____, 2005, having considered the above motion

IT IS ORDERED that:

1. The above motion is granted and the deadline for dispositive motions has been extended until November 30, 2005.

SIGNED this _____ day of _____, 2005.

_____
J.