IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, )<br>DEPARTMENT OF PUBLIC SAFETY, )<br>CAPITOL POLICE )<br>)<br>Defendant. ) | Civ. No. 04-1200-SLR |

**CERTIFICATE OF SERVICE**

I hereby certify that on this __6th__ day of __October__, 2005, I have caused to be mailed two true and correct copies of the **Notice of Deposition of Lt. Richard Pounsberry** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

 

/s/ R. Stokes Nolte
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Russell Stewart

Date:_____