IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 04-1200-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| CAPITOL POLICE | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this __6th__ day of _October_, 2005, I have caused to be mailed two true and correct copies of the **Notice of Deposition of Angela Johnson** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                                                                             /s/ R. Stokes Nolte
                                                                                           R. Stokes Nolte, Esquire
                                                                                           De. State Bar I.D. No.: 2301
                                                                                           Nolte & Associates
                                                                                           1010 N. Bancroft Parkway
                                                                                           Suite 21
                                                                                           Wilmington, DE 19805
                                                                                           (302) 777-1700
                                                                                           Attorney for Russell Stewart

Date:_____