IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>STATE OF DELAWARE, _____)<br>DEPARTMENT OF PUBLIC SAFETY,\_\_\_)<br>CAPITOL POLICE, _____)<br> )<br>    Defendant_____)  | Civ. No. 04-1200-SLR |

NOTICE OF DEPOSITION

TO: Patricia D. Murphy, Esquire

PLEASE TAKE NOTICE that on **Friday, October 14, 2005** beginning at **10:00 a.m.**, Plaintiff will take the deposition of Angela Johnson, Sr. Human Resources Technician, of the Capitol Police. Said Deponent is instructed to bring copies of any and all documents in his possession relating to the incident set forth in Plaintiff's Complaint. The deposition will be held at the law offices of Nolte & Associates located at 1010 N. Bancroft Parkway, Suite 21 in Wilmington, Delaware.

You are invited to attend.

                */s/ R. Stokes Nolte*
                R. Stokes Nolte, Esquire
                De. State Bar I.D. No.: 2301
                Nolte & Associates
                1010 N. Bancroft Parkway
                Suite 21
                Wilmington, DE 19805
                (302) 777-1700
                Attorney for Russell Stewart

Date: \_