IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 04-1200-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| CAPITOL POLICE | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this   6th   day of October        , 2005, I have caused to be mailed two true and correct copies of the **Notice of Deposition of Taja Jones** to the following person(s):

Patricia Murphy, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ R. Stokes Nolte
　　　　　　　　　　　　　　　　　　　　　　　　R. Stokes Nolte, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　De. State Bar I.D. No.: 2301
　　　　　　　　　　　　　　　　　　　　　　　　Nolte & Associates
　　　　　　　　　　　　　　　　　　　　　　　　1010 N. Bancroft Parkway
　　　　　　　　　　　　　　　　　　　　　　　　Suite 21
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　　　　　　　　　　　　　　　(302) 777-1700
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Russell Stewart

Date:_____