IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEWART, | ) | |
|     Plaintiffs, | ) | Civ. No. 04-1200-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| CAPITOL POLICE, | ) | |
| | ) | |
|     Defendant | ) | |

<u>NOTICE OF DEPOSITION</u>

TO:   Patricia D. Murphy, Esquire

PLEASE TAKE NOTICE that on **Friday, October 14, 2005** beginning at **9:00 a.m.**, Plaintiff will take the deposition of Taja Jones, Human Resources, of the Capitol Police. Said Deponent is instructed to bring copies of any and all documents in his possession relating to the incident set forth in Plaintiff's Complaint. The deposition will be held at the law offices of Nolte & Associates located at 1010 N. Bancroft Parkway, Suite 21 in Wilmington, Delaware.

You are invited to attend.

                                                                       /s/ R. Stokes Nolte
                                                                       R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Russell Stewart

Date: _