```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

RUSSELL STEWART,                )
                                )
    Plaintiff,                  )    Civ. No. 04-1200-SLR
                                )
v.                              )
                                )
STATE OF DELAWARE,              )
DEPARTMENT OF PUBLIC SAFETY,    )
CAPITOL POLICE,                 )
                                )
          Defendants            )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56(b), the Defendants, State of Delaware, Department of Public Safety, Capitol Police, respectfully request that this Honorable Court enter an order of judgment in their favor in the above-captioned Complaint filed by Russell Stewart. Defendants' Opening Brief in Support of their Motion is filed simultaneously herewith.

                              __/s/ Patricia D. Murphy_____
                              Patricia D. Murphy (#3857)
                              Deputy Attorney General
                              820 N. French Street
                              Wilmington, DE  19801
                              (302) 577-8914

DATED:   November 30, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 04-1200-SLR |
| ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE, ) | |
| DEPARTMENT OF PUBLIC SAFETY, ) | |
| CAPITOL POLICE, ) | |
| ) | |
| Defendants ) | |

## NOTICE OF ELECTRONIC FILING

I hereby certify that on November 30, 2005, I electronically filed Defendants' Motion for Summary Judgment and Brief in Support of Motion with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

R. Stokes Nolte, Esquire.

                                          /s/ Patricia D. Murphy
                                          Patricia D. Murphy
                                          Deputy Attorney General
                                          820 N. French Street
                                          Wilmington, DE  19801
                                          (302) 577-8914
                                          patricia.murphy@state.de.us