IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RUSSELL STEWART,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )       C.A. No.: 04-1200-SLR
                                        )
STATE OF DELAWARE,                      )
DEPARTMENT OF PUBLIC SAFETY             )
CAPITOL POLICE                          )
                                        )
            Defendants                  )

APPENDIX TO
PLAINTIFF'S ANSWERING BRIEF IN
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


R. Stokes Nolte, Esquire (#2301)
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805
(302) 777-1700
Attorney for Russell Stewart

Date: 12-12-05

## TABLE OF CONTENTS

PAGE

Excerpts of Deposition of Taja Jones...................................................................................A-1

Excerpts of Deposition of Captain Hunt.................................................................A-2 to A-3

Job Posting for Capitol Police Officer III Position.......................................................A-4

State of Delaware Class Series Description...............................................................A-5 to A-13

Thomas Devore's Employee File.............................................................................A-14 to A-23

Taja A. Jones - Nolte                                6

1      Q.    Let me put a document in front of you and just

2      see if you ever seen it before or if it's at all

3      familiar to you.  And I'm showing you a document

4      that's previously been marked as Hunt 2.  Have you

5      ever seen that before?

6      A.    No.

7      Q.    That was not the sheet that you just referred

8      to earlier that you would use when you were

9      determining your rating?

10     A.    This is not the sheet that we use.  We use

11     it -- it was another rating sheet that gave a

12     description of job performances, and it was a level

13     from 100 -- from a 70 to 100.  And we based it on the

14     application and what that applicant put down for his

15     job criteria versus what was on the rating sheet.

16     Q.    When that was done, you would prepare a letter

17     to send to each applicant?

18     A.    The submission was given to Robin Harding to

19     make the final decision whether or not these

20     applicants were qualified or not qualified.  Once that

21     was determined we did letters, and they had to be

22     approved by Robin Harding before they were sent out.

23     Q.    Let me show you a document that's been

24     previously marked in this case as Hunt 3.  And see if

1      Q.    And according to the memo, you reviewed

2    Mr. Stewart's application; is that correct?

3      A.    That's correct.

4      Q.    And it says, in the memo, "I conferred with

5    human resources representative, and after reviewing

6    the application, it was determined that Mr. Stewart

7    was not eligible for the position of Capitol Police

8    officer three; is that correct?

9      A.    That's correct.

10     Q.    And this decision was reached due to

11    Mr. Stewart's employment as a police officer ending in

12    1995; is that correct?

13     A.    That's correct.

14     Q.    You then indicate that potential employees who

15    have not worked as a police officer for over five

16    years are expected to attend the full academy due to

17    diminished skills and changes in procedure and law; is

18    that correct?

19     A.    That's correct.

20     Q.    And would it be a fair statement to say that

21    that sentence reflects your understanding of the rules

22    that are promulgated by the -- it's long -- the

23    Delaware Council on Police Training?

24     A.    That's correct.

1      Q.   Let's go back to my hypothetical then.  I was

2   employed in a full-time capacity with a police

3   department in another state.  I stopped that

4   employment to work in a different capacity, but during

5   the time that I was not a police officer, I maintained

6   my certification with the state in which I had

7   previously been employed.

8           Where do I fit under the COPT's review and

9   how would you determine my eligibility?  Do you

10  understand my question?

11     A.   We have followed the COPT as you having been

12  employed or not employed as a certified police

13  officer.  We look at an individual, once they stop

14  working for a police agency, in the capacity of a

15  police officer.  That is the expiration date of that,

16  and we run the calendar from that point.

17     Q.   So, whether or not I maintain my state

18  certification is not considered in terms of whether I

19  could fall within the 12 months or 60 months cutoff?

20     A.   We understood the language from the Council on

21  Police Training as employment was a requirement.

22     Q.   I want to put in front of you Ms. Johnson's

23  letter of March 14, 2003, and ask whether you have

24  seen that document before?



**WILCOX & FETZER LTD.**
Registered Professional Reporters

A - 3



**RECEIVED**

MAR  6  2003

STATE PERSONNEL OFFICE
EMPLOYMENT SERVICES

# DEPARTMENT OF PUBLIC SAFTEY

Posting No. PS 863

# Capitol Police Officer III

Salary Range: 29,873 – 37,341 PG 11

Location of Work: Wilmington

**Opening Date: March 6, 2003**                    **Closing Date:  March 26, 2003**

**SUMMARY STATEMENT:** This position is a full performance law enforcement, protective services and community policing position.  This level requires a working knowledge of all applicable laws, policies, procedures, practices, techniques and equipment used in law enforcement.

**MINIMUM QUALIFICATIONS:** Applicants must have education, training and/or experience demonstrating competence in each of the following areas:

1.  Possession of a high school diploma or GED certificate.
2.  Possession of a State of Delaware Council on Police Training Certificate or equivalent.
3.  A minimum of three years experience in law enforcement.
4.  Knowledge of the methods and techniques of developing and presenting informational presentations and educational seminars.
5.  Knowledge of the methods and techniques of court security.
6.  Ability to communicate effectively.

**Supplemental Questionnaire Self Screening Required**

**NOTE:** This position is part of a career ladder consisting of Capitol Police Officer Recruit, Officer I, II, and III.

**Licenses, Registration and/or Certificates:** Qualified applicants must have a valid driver's license at the time of appointment and during tenure in the class.

**JOB DUTIES:**  Receives minimal supervision.  Performs full range of Enforcement Officer activities.  Lead investigator involving serious accidents, complex complaints or evaluation of illegal acts appearing to be of a regular and organized nature.  Coordinates with other law enforcement agencies within Delaware.  Provides on-the-job training to lower level officers.  Presents training and certification to state agencies, state, county and municipal law enforcement agencies and Division personnel.  Prepares and presents informational presentations and educational seminars to state employees, community organizations and the public.  Regular contacts are typically with lower level Officers, other state agencies, other law enforcement agencies, community organizations, the public and people that are believed to be violent, intoxicated, possessing weapons, etc.

**WEIGHT OF EXAMINIATION:**   100% Training and Experience.

**BENEFITS:**  Includes 15 paid vacation days the first year, 12 paid holidays a year, liberal pension benefits, health and life insurance, paid sick leave.  Direct deposit of paychecks will be required as a condition of employment for all new employees hired after December 31, 1995.

**APPLICATION PROCEDURES:** Interested applicants must submit a current State of Delaware Employment Application and supplemental questionnaire to one of the following addresses:

| State Personnel Office | State Personnel Office | State Personnel Office | Department of Public Safety |
|---|---|---|---|
| Employment Services | Employment Services | Employment Services | Human Resources Office |
| 401 Federal Street | Carvel Office Building | Delaware Tech/Owens | P.O. Box 536 |
| Suite 5 | 820 N. French Street | P.O. Box 610 | Dover, DE. 19903 |
| Dover, DE 19903 | Wilmington, DE 19801 | Georgetown, DE 19947 | (302) 744-2685 |
| (302) 739-5458 | (302) 577-8277 | (302) 856-5966 | |

Individuals may also apply on-line at www.delawarestatejobs.com

THE STATE OF DELAWARE IS AN AFFIMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER

A-4

*Russell Stewart*
*Fact File*

# STATE OF DELAWARE

## CLASS SERIES DESCRIPTION

July 1, 2000

## CAPITOL POLICE OFFICER

Class Code: 26679 to 26686

## DESCRIPTION OF OCCUPATIONAL WORK

This class series has eight levels of work in the Investigation, Control, Inspection and Safety Group performing services where status is granted by statute with the authority and duty to enforce criminal laws and are responsible for the prevention, detection and investigation of crime. This group is concerned with the protection of persons and property against loss, injury or disturbance resulting from criminal acts, accidents and other hazards. Training and skill in the use of weapons is required as is the periodic qualification with weapons. Employees must satisfy requirements set forth in statute to carry out their commission and duties and require certification. Performs patrol officer duties to enforce criminal laws and conducts criminal investigations.

*Note:* Essential functions are fundamental, core functions common to all positions in the class series except for those at the entry (1) level where incumbents are acquiring a working knowledge by attending the law enforcement training program and through on-the-job training. The essential functions are not intended to be an exhaustive list of all job duties for any one position in the class. Since class specifications are descriptive and not restrictive, incumbents can complete job duties of similar kind not specifically listed here.

## ESSENTIAL FUNCTIONS:

- Implements appropriate law enforcement action in response to criminal, domestic violence, traffic, miscellaneous complaints and other activities.

- Investigates suspicious and criminal activity which includes detecting, collecting and preserving physical evidence, interviewing victims, witnesses, suspects and defendants, processing charging documents, executing search and arrest warrants and processing defendants.

- Performs vehicle and foot patrol of assigned areas.

- Performs community policing through informational presentations and educational seminars for other state agencies, schools, the public and community organizations.
- Provides protective services to judges, victims, jurors, witnesses, state employees and visitors, legislators and the general public as needed.

- Provides assistance to other law enforcement agencies as back-up or primary response.

- Takes physical custody of and transports felons and prisoners to appropriate facilities.

- Presents evidence and testimony and prosecutes cases in court.

A-5

- Prepares a variety of reports pertaining to response of incidents, daily activities, investigations and training.

*Note:* *The career ladder incorporates levels Trainee, I, II and III. All positions allocated into the career ladder are classified at the III.* The Enforcement Trainee level is to provide entry for hiring new employees into the class series but does not preclude hiring new employees at higher levels. To implement the career ladder, current employees are assigned to the level for which they meet promotional standards. Employees are promoted through the career ladder in accordance with promotional standards. The promotional standards, a selection document under separate cover, sets forth the criteria that defines and describes the requirements that must be met at the various levels.

## LEVELS OF WORK

## **CAPITOL POLICE RECRUIT**

This is the entry level acquiring a working knowledge of applicable laws, policies, procedures, practices, techniques and equipment by attending the Department approved law enforcement training program and through on-the-job training from other higher level Enforcement Officers.

- *Receives close supervision.*

- Attends Department approved law enforcement training program.

- Accompanies higher level Officer on vehicle and foot patrols of state owned and controlled properties/buildings until completion of field training.

- Assists in implementation of appropriate law enforcement action in response to criminal, traffic, parking incidents and other activities including assisting other law enforcement agencies.

- *Assists with investigating suspicious/criminal activity, gathering/preserving of evidence,* interviewing victims, witnesses, suspects and defendants, processing documents, executing search and arrest warrants, processing defendants and preparing reports related to the incidents or crimes.

- Accompanies higher level Officer in taking into physical custody and transporting of prisoners to state correctional facilities and mental patients to rehabilitative facilities.

- Assists with protective services to the courts and other state agencies.

- *Regular contacts are typically with other state agencies, other law enforcement agencies and people that are believed to be violent, intoxicated, possessing weapons, etc.*

## **CAPITOL POLICE OFFICER I**

This level describes full performance law enforcement, protective services and community policing work.

- Full performance (full range of Enforcement Officer activities).

A-6

- Receives less supervisory direction and assistance.

- Provides on-the-job law enforcement training to lower level Officers.

- Assists in presenting formal educational seminars and specialized training to other state agencies and law enforcement agencies.

- Regular contacts are typically with other state agencies, other law enforcement agencies and people that are believed to be violent, intoxicated, possessing weapons, etc.

## CAPITOL POLICE OFFICER II
This class describes full performance work involving law enforcement, protective services, community policing and training.

- Full performance (full range of law enforcement activities).

- Receives general supervision - supervisor does periodic review of progress.

- Provides on-the-job training and technical guidance to lower level Officers.

- Typically assigned to a geographic area; may be assigned to identify and implement compliance and enforcement priorities for an assigned area such as enforcement/safety, training, multiple agency investigations and emergency response.

- Presents informational presentations and educational seminars to state employees, community organizations and the public in conjunction with other law enforcement agencies.

- Regular contacts are typically with lower level Officers, other State, Federal and local law enforcement agencies, community organizations, the public and people that are believed to be violent, intoxicated, possessing weapons, etc.

## CAPITOL POLICE OFFICER III
This level describes lead work involving law enforcement, protective services, community policing, training, and threat management.

- Receives minimal supervision.

- Full range of Enforcement Officer activities.

- Lead investigator involving serious accidents, complex complaints or evaluation of illegal acts appearing to be of a regular and organized nature.

- Coordinates with other law enforcement agencies within Delaware.

- Provides on-the-job training to lower level Officers.

- Presents training and certification to state agencies, state, county and municipal lfficers, other state agencies, other law enforcement agencies, community organization saw enforcement agencies and Division personnel.

A-7

- Prepares and presents informational presentations and educational seminars to state employees, community organizations and the public.

- Regular contacts are typically with lower level O, the public and people that are believed to be violent, intoxicated, possessing weapons, etc.

## SERGEANT, CAPITOL POLICE

This is advanced law enforcement work at the supervisory level which includes participating in the work of law enforcement, investigation, community policing, and certification training **or** serves as principal investigator in the most complex investigations which includes participating in the work of law enforcement, investigation, community policing, and certification training. The class reports to a technical superior.

- *First line supervisor or principal investigator in the most complex investigations.*

- Leads or oversees investigations involving in-depth, long term illegal acts which involves coordinating with subordinate officers and other state, surrounding state and federal law enforcement agencies.

- Coordinates with other prosecuting entities to ensure appropriate arrest and judicial procedures.

- Performs full range of enforcement activities.

- *Provides formal training and certification to subordinates, other state agencies and other law enforcement agencies.*

- Prepares and presents formal informational presentations and educational seminars to state employees, community organizations and the public.

- Works with other state agencies in implementing applicable management plans which includes identifying key personnel and conducting training and regular exercise drills.

## CAPITOL POLICE LIEUTENANT

*This is advanced law enforcement work at the supervisory level which includes statewide divisional assignments.* Incumbents report to a technical superior.

- Supervises Enforcement Officers I - IV.

- Maintains schedule to ensure Division staffing requirements are met.

- Coordinates the procurement of accredited training courses provided by contracted vendors for the Division and other law enforcement agencies, identifies training needs of Division staff through discussions with supervisors, schedules training to maintain staff certification, enrolls *staff in training seminars, maintains training records and prepares quarterly and annual reports* mandated by law.

- Conducts internal investigations for the Division, submits report with findings and recommendations to the Chief and presents case before hearing board.

A-8

- Maintains a central system for ensuring proper evidence collection, preservation and categorization of all evidence collected and property recovered, maintains evidence log/running inventory, ensures chain of custody, releases evidence to labs for testing and provides testimony in court relating to chain of custody.

- Oversees all major criminal investigations which includes overseeing scope/progress of investigation, assigning additional personnel, coordinating the case with other police agencies if necessary, approval for search warrants and review of charging documents. Reviews and approves criminal investigation and other police reports to detect crime patterns and ensure compliance with applicable laws, rules, regulations, policies and procedures.

- Completes grant applications and supporting documentation, monitors grant and completes reports to meet reporting requirements.

## CAPITOL POLICE CAPTAIN

This class is an advanced supervisory level for a regional area and reports to the Chief.

- Supervises directly or through subordinate enforcement supervisors, other enforcement officers and contractual security personnel.

- Assesses unit operations, performance standards, training needs, work output, staffing and time and equipment utilization, recommends and implements new or revisions to existing operational methods, policies and procedures and participates in the strategic planning process.

- Drafts laws, rules, regulations, policies and procedures applicable to assigned program area.

- Participates in budget preparation and coordinates contract activities.

- Liaison person with all agencies to address and resolve police, security and crime prevention issues, coordinate enforcement activities and special events and implement applicable management plans.

- Ensures mandatory and other training is provided to subordinates.

- Acts as designee in the absence of the Chief.

## CHIEF, CAPITOL POLICE

This class is at the management level and reports to an administrative superior typically either a Division Director or Cabinet Secretary.

- Manages technical, administrative and contractual personnel directly or through subordinate supervisors.

- Responsible for budget preparation, administration and strategic planning.

- Administers federally funded grants for enforcement/community policing initiatives.

A - 9

- Administers contracts for contractual security personnel and training.

- *Develops, evaluates and implements policies, procedures and operational plans to achieve key objectives.*

- Ensures efficient application of resources, staffing and training to achieve agency's mission.

- Ensures agency's programs and activities are in compliance with applicable laws, rules, regulations, policies, procedures, as well as departmental/divisional mission, goals and objectives.

- Advises the Cabinet Secretary and other top agency officials on policy issues applicable to assigned program area.

KNOWLEDGE, SKILLS AND ABILITIES FOR OFFICER I - CHIEF:

(Note: The intent of the listed knowledge, skills and abilities are to give a general indication of the core requirements for all positions in the class series; therefore, the KS&A's listed are not exhaustive or necessarily inclusive of the requirements of every position in the class.)

- Knowledge of the principles, practices and techniques of law enforcement.
- Knowledge of applicable Division and State laws, rules, regulations, policies and procedures.
- Knowledge of investigative methods, techniques and procedures including the collection/preservation of evidence.
- Knowledge of search and seizure and arrest laws.
- Knowledge of the use of investigative and enforcement equipment.
- Knowledge of emergency medical techniques.
- Knowledge of safety, security and crime prevention techniques as they relate to community policing in state owned and controlled properties.
- Knowledge of constitutional rights and court processes and procedures.
- Knowledge of the use of DELJIS, CJIS and NCIC computer network systems.
- Knowledge of technical and investigative report writing.
- Knowledge of public speaking and teaching methods and techniques.
- Skill in interviewing and interrogation techniques.
- Skill in dealing with people in stressful situations.
- *Skill in the use of Division issued firearms and other weapons.*
- Skill in first aid and emergency operations.
- Ability to communicate effectively.
- *Ability to prosecute cases in various courts.*
- Ability to train lower level Officers.
- Ability to prepare a variety of reports.
- Ability to conduct informational presentations and educational seminars.
- Ability to establish and maintain effective working relationships with other state agencies, other law enforcement agencies, community organizations, schools and the public.
- Ability to assess information and determine a course of action.

The Officer III requires the following additional knowledge, skills and abilities:

- Knowledge of adult education methods and techniques.
- Knowledge of public speaking methods and techniques.
- Knowledge of the methods and techniques of developing informational presentations and educational seminars.

The Sergeant requires the following additional knowledge, skills and abilities:

- Skill in conducting investigations.
- Skill in the presentation of oral, written and visual materials to groups.
- Ability to coordinate/supervise the work of other enforcement officers

The Lieutenant requires the following additional knowledge, skills and abilities:

- Knowledge of state procurement laws.
- Knowledge of grant administration.
- Skill in supervising complex investigations.

The Captain requires the following additional knowledge, skills and abilities:

- Knowledge of the budget process.
- Skill in developing subordinate personnel to their fullest potential.
- Ability to assess operations, performance standards, training, work output, staffing, equipment, policies and procedures, identify problems/needs and make recommendations.
- Ability to evaluate, plan and implement special operations, patrol/emergency response plans and complaint trends.

The Chief requires the following additional knowledge, skills and abilities:

- Knowledge of management principles and practices.
- Knowledge of the principles and practices of administration.
- Knowledge of the principles, practices and methods of budget preparation, analysis and control.
- Knowledge of the principles and practices of grant and contract administration.
- Ability to evaluate and analyze laws, rules, regulations, policies, procedures and operations and implement changes.
- Ability to establish goals and objectives and integrate multiple and conflicting objectives.

**Class Code:  Capitol Police Recruit**                **Class Code:  26679**

Minimum Qualifications:

Applicants must have education, training and/or experience demonstrating competence in each of the following areas:

1. Applicants must possess a high school diploma or GED certificate and must be at least 21 years upon completion of a Delaware Council on Police Training approved law enforcement training academy.

2. Ability to communicate effectively.

Special Requirements:

Appointees will be required to successfully complete a Delaware Council on Police Training approved law enforcement training academy before the end of the probationary period.

Licenses, Registrations and/or Certificates
Qualified applicants must have a valid driver's at the time of hire and during tenure in the class.

**Class Title:  Capital Police Officer I**                     **Class Code:  26680**

Minimum Qualifications:

Applicants must have education, training and/or experience demonstrating competence in each of the following areas:

1.   Possession of a high school diploma or GED certificate.

2.   Possession of a Delaware Council on Police Training certificate or equivalent.

3.   Ability to communicate effectively.

Licenses, Registrations and/or Certificates:

Qualified applicants must have a valid driver's at the time of hire and during tenure in the class.

**Class Title:  Capitol Police Officer II**                     **Class Code:  26681**

**Minimum Qualifications:**

Applicants must have education, training and/or experience demonstrating competence in each of the following areas:

1.   Possession of a high school diploma or GED certificate.

2.   Possession of a State of Delaware Council on Police Training Certificate or equivalent

3.   A minimum of one-year experience as a certified police officer.

4.   Knowledge of the principles and practices of training.

5.   Ability to communicate effectively.

Licenses, Registrations and /or Certifications:

Possession of a valid driver's license at the time of hire and during tenure in the class.

**Class Title:  Capital Police Officer III**                     **Class Code:  26682**

Minimum Qualifications:

Applicant must have education and/or experience demonstrating competence in each of the following areas:

1.  Possession of a high school diploma or GED certificate.

2.  Possession of a State of Delaware Council on Police Training Certificate or equivalent.

3.  A minimum of three years experience as a certified police officer.

4.  Knowledge of the principles and practices of training.

5.  Ability to communicate effectively.

<u>Licenses, Registrations and/or Certifications</u>

Possession of a valid driver's license at the time of hire and during tenure in the class.

**Class Title:  Sergeant, Capitol Police**          **Class Code:  26683**

<u>Minimum Qualifications:</u>

Applicants must have education, training and/or experience demonstrating capability in each of the following areas:

1.  A minimum of seven years experience in law enforcement.

2.  Experience in criminal investigations.

3.  Knowledge of the Law Enforcement Investigative Support System (LEISS).

4.  Knowledge of the principles and practices of supervision.

<u>Licenses, Registrations and/or Certifications</u>

Possession of a State of Delaware Council on Police Training Certificate

**Class Title:  Capitol Police Lieutenant**          **Class Code:  26684**

**<u>Minimum Qualifications</u>**

Applicants must have education, training and/or experience demonstrating competence in each of the following areas:

1.  A minimum of eight years experience in law enforcement.

2.  Experience conducting criminal investigations.

3.  Experience in staff supervision and training.

4.  Knowledge of the Law Enforcement Investigative Support System (LEISS).

5.  Knowledge of state procurement laws.

# The State *of* Delaware
# Employment Application



DEPT. OF PUBLIC SAFETY

'03 MAR -6 AM 10: 53

PERSONNEL SECTION

M 26680
73535

| Personnel Use Only |
| --- |
| MQ's:    Yes ☐    No ☑ |
| Comments: |
|  |
| V.P. ☐ |
| Rater          Date |
| Ax          3/10/03 |

| Social Security #    Last Name | First Name | M.I. |
| --- | --- | --- |
| 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    DeVORE | THOMAS | W |

Mailing Address, City, State & Zip          County

150 UPLAND WAY
HADDONFIELD NJ 08033

*Please note:* Provide all information requested. If you attach resume, include all information requested but omitted from resume.

Home Phone   ( 856 ) 428 6329

Work Phone   ( 609 ) 417 5097          May we call you at work? ☑Yes   ☐No

Driver's License (State) NJ    DJ940 74086 01726    Type/# CLASS D          Expiration Date mm/dd/yy  08-31-06

Job Applied for (Title) CAPITOL POLICE OFFICER ☒    I

Agency   CAPITOL POLICE DEPT          Posting #

Job location(s) applied for   ☒New Castle   ☐Kent   ☐Sussex   ☒City of Wilmington
Will you accept   ☒Permanent   ☐Temporary   ☐Full Time   ☐Part Time

Education/training ☒High School Graduate/GED   ☐Vocational/Business School

| Name & Location of College/University | Dates Attended | Major/Minor | Type of Degree Received |
| --- | --- | --- | --- |
| Excelsior College , ALBANY NY | 7-96 + 9-01 | Sociology. | B.S. |

| Occupational Licenses | Issued by/ # | Expiration Date |
| --- | --- | --- |
|  |  |  |

Certificates (Types)

Computer Skills

Language(s) other than English          ☐Speak  ☐Read  ☐Write

A 14

# Employment History

Name on Employment/Educational Records if different from present name:

Start with most recent employment. Are you employed now? ☒Yes ☐No

---

Employer: FENWICK ISLAND POLICE DEPT.
Address: 800 COASTAL HWY
FENWICK ISLAND DE 19944

Supervisor: CPL. WILLIAM BOYDEN
Phone (302)539-2000
Annual Salary: Start: 2-2003 26,000
(or $ hourly) End: PRES. 26,000

Employed (month & year): From: 2-2003
☒Full time ☐Part time Reason for leaving: N/a
To: PRES.

Job title(s) & duties: PATROL OFFICER, CURRENTLY ATTENDING DELAWARE POLICE ACADEMY
POLICE OFFICER

---

Employer: Ft. DIX POLICE DEPT.
Address: DCD # 6049 Ft. DIX NJ 08640

Supervisor: Lt. Hos
Phone (609)562-6004
Annual Salary: Start: 25,000
(or $ hourly) End: 31,000

Employed (month & year): From: 6-2000
☒Full time ☐Part time Reason for leaving: Left to work for FENWICK ISLAND.
To: 2-2003

Job title(s) & duties: PATROL DUTIES
POLICE OFFICER

---

Employer: NAS KEY WEST SECURITY Dept.
Address: NAS Key West FL.

Supervisor: CHIEF MIMS
Phone (305)293-2531
Annual Salary: Start: 25,000
(or $ hourly) End: 25,000

Employed (month & year): From: 12-99
☒Full time ☐Part time Reason for leaving: Left to work at Ft. DIX NJ
To: 6-00

Job title(s) & duties: DOD POLICE OFFICER.
PATROL DUTIES and Access Control Duties (GATE DUTIES)

---

Use Additional Pages if Needed

A-15

# Employment History

Name on Employment/Educational Records if different from present name:

Start with most recent employment.  Are you employed now? ☒Yes  ☐No

---

Employer: US ARMY
Address: FT. RUCKER AL

Supervisor: CW2 TORREZ
Phone ( )
Annual Salary:  Start: 24000
(or $ hourly)     End: 25000

Employed (month & year):  From: 2-98     To: 7-99
☒Full time ☐Part time  Reason for leaving: completed military obligation.
Job title(s) & duties:  ACTIVE DUTY MILITARY

---

Employer: LEVEL PLAINS POLICE DEPT.
Address: RT 1 BOX 106 DALEVILLE AL

Supervisor: CHIEF WILLIAM ELLER
Phone ( )
Annual Salary:  Start: 6.00 hr.
(or $ hourly)     End: 6.00 hr.

Employed (month & year):  From: 5-98     To: 5-99
☐Full time ☒Part time  Reason for leaving: completed military obligation
Job title(s) & duties:  PART TIME POLICE OFFICER

---

Employer: DELAWARE DEPT OF CORRECTIONS
Address:

Supervisor: CAPT. RADCLIFF.
Phone ( )
Annual Salary:  Start: 29000
(or $ hourly)     End: 29000

Employed (month & year):  From: 4-96     To: 2-98
☒Full time ☐Part time  Reason for leaving: Active Duty Military training
Job title(s) & duties:  CORRECTIONAL OFFICER.

---

Use Additional Pages if Needed

A-16

# Minimum Qualifications

Please describe how your education, training and experience meet *each* Minimum Qualification and Additional Requirement described in the Job Announcement. Please *do not* submit copies of letters or training certificates, unless stated as a requirement.

-THREE YEARS OF FULL TIME POLICE EXPERIENCE.

- COMPLETED NEW JERSEY POLICE ACADEMY.

- CURRENTLY ATTENDING DELAWARE POLICE ACADEMY.

- NUMEROUS POLICE AND MILITARY SCHOOLS.

**Please remember to sign the back of this page. (Over)**
Use additional pages if needed

A-17

# Certification

*Before signing, please read the following statement carefully:*

Any false or substantive omission of information may be cause for rejection, or dismissal if employed by the State. I authorize the release of any information from previous employers or references.

I understand that if I am hired by the State of Delaware, the State shall require verification of identity and eligibility for employment in the United States.

I certify that if I am male, born after January 1, 1960, I have registered for Selective Service if required to register. I understand that I may be required to document registration.

If you are claiming preferences as a Veteran or the unremarried widow or widower of a deceased Veteran, attach a copy of your DD 214 form. If you are also claiming preference as a disabled veteran or unremarried widow or widower of a deceased disabled veteran, include your VA disability letter and claim number.

Have you ever been convicted of a felony or Class A Misdemeanor?  ☐ Yes  ☒ No
If yes, identify type of offense, date and location.

Present State of Delaware employee?  ☐Yes  ☒No  ☐Merit  ☐Other  ☐Seasonal
Past State of Delaware employee?  ☒Yes  ☐No  ☐Merit  ☐Other  ☐Seasonal
*Any security clearance will be based on agency requirements.*

| Applicant Signature | Date |
|---|---|
| *M. L. D. V.* | 3-6-03 |

**Please Note:** Accommodations are available for applicants with disabilities in all phases of the application and employment process. Please call (302) 739-5458 to request an auxiliary aid or service. TDD users should call the Delaware Relay Service Number 1-800-232-5460 for assistance.

Direct deposit of paychecks is a condition of employment for all new employees hired after December 31, 1995.

**Please return to the agency shown on job announcement/advertisement by the closing date.**



# State Personnel Office
*Leadership and Service for a Quality Workforce*

*Published by*

## The Employee Relations Center
*Employment Services ● State Labor Relations Services ● Merit System Applications*

**An Equal Opportunity Employer**

A-18

**Supplemental Questionnaire
Self-Screening**

**Capitol Police Officer Recruit,
Capitol Police Officer I, II & III**

All candidates for these positions need the following requirements.  If you answer "yes" to all requirements listed, sign below and return this form with your completed application.  If you answer "no" to any of the requirements, do not complete the rest of the form and do not submit an application An answer "no" in any one area will result in a rating of "not qualified" for these positions.

1.   Are you willing to attend a six-month training program at a certified police academy (if applicable)?

Yes___✓___          No_____

2.   Are you willing to work a rotating shift, weekends and holidays?

Yes___✓___          No_____

3.   Are you willing to undergo a background investigation and polygraph examination as a condition of employment?

Yes___✓___          No_____

4.   Are you willing and able to be trained in the use of firearms and deadly force and carrying a fire arm in your normal course of duties?

Yes___✓___          No_____

5.   Are you willing and able to cope with unmotivated and hostile individuals, which may include physical contact, in the normal course of your duties taking custody and transport of such individuals?

Yes_____          No_____

The answers I have given are true and correct to the best of my knowledge and I understand that I must be willing and able to perform tasks that require physical strength and ability. I also give consent to a thorough background investigation where criminal/traffic history is reviewed.

SIGNATURE _____  SSN _143 76 7388_ DATE _3 -6- 07_

PRINT NAME _Thomas W. Devore_

A - 19

*N.Q.*

*Dei R, Thomas*
*143 - 76 - 7388*

Class Title:  Capitol Police Officer II                    Class Code: 26681

Minimum Qualifications Rating Guide:

Raters must be able to qualify applicant in all rating areas.  Failure in any one area will result in a rating of "Not Qualified."

1.  Possession of a high school diploma or GED certificate.



2.  Possession of a State of Delaware Council on Police Training Certificate or equivalent.

The Department/Council on Police Training must approve equivalent training.



3.  A minimum of one-year experience in law enforcement.

Qualified applicants must have a minimum of one- year experience in law enforcement such as criminal and traffic enforcement.  Evidence collection and processing methods.  Investigating suspicious/criminal activities or accidents.  Interviewing witnesses, victims, suspects and defendants.  Executing arrest and search arrest warrants, and processing defendants.

Job announcement should instruct applicant to detail all their experience in the above.

4.  Knowledge of the principles and practices of training.

Qualified applicants must have training and/or experience presenting information to others.  Education classes, training seminars or experience presenting information in formal or informal setting to groups would be qualifying.

Job announcement should instruct applicant to list all Coursework/training and/or experience in training.

5.  Ability to communicate effectively.

Qualified applicants must be able to communicate with the public, community organizations, staff and other agencies.

Rater judgement will be the final determiner in this area at the time of interview.


Licenses, Registrations and /or Certifications:

Possession of a valid driver's license at the time of hire and during tenure in the class.

A -20

Thomas W. Devore
150 Upland Way
Haddonfield, NJ 08033

March 10, 2003

Dear Mr. Devore:

Register Number: 13538
Classification : Capitol Police Officer II
County: Wilmington

Your name cannot be placed on the above register because our review of
your application indicates that you have not met the minimum
qualifications and/or the selective requirements for this
classification.

Thank you for your interest in employment with the State of Delaware.

Sincerely,

Angela M. Johnson
Sr. Human Resources Technician

A-21

Thomas W. Devore
150 Upland Way
Haddonfield, NJ 08033

March 14, 2003

Dear Mr. Devore:

Your application has been evaluated and and we wish to notify you that
you qualify for the position(s) of Capitol Police Officer I. Your name
has been  placed on  the register with a score of 0.0. Your name will
remain on the register until 03-05-2004.

You will be notified if a personal interview is to be scheduled

Sincerely,

Angela M. Johnson
Sr. Human Resources Technician

A-22

*Deva , Thomas*
*143 - 76 - 7388*

Class Title:  Capital Police Officer I                              Class Code:  26680

*qual*

Minimum Qualifications Rating Guide:

Raters must be able to qualify applicant in all rating areas.  Failure in any one area will result in a rating of "Not Qualified."

1.  Possession of a high school diploma or GED certificate.

2.  Possession of a State of Delaware Council on Police Training certificate or equivalent.

    The Board of Examiners must approve equivalent training.

3.  Ability to communicate effectively.

    Qualified applicants must be able to communicate with the public, community organizations, staff and other agencies.

    Rater judgement will be the final determiner in this area at the time of interview.

Licenses, Registrations and/or Certificates:

Possession of a valid driver's license at the time of hie and during tenure in the class.

JR 4/01

*ajohnson*
*3/14/03*

A -23