IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 04-1200-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF PUBLIC SAFETY, | ) | |
| CAPITOL POLICE, | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF ELECTRONIC FILING

I hereby certify that on December 19, 2005, I electronically filed Defendants' Reply Brief in Support of Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

R. Stokes Nolte, Esquire.

I have simultaneously provided a paper copy to the Court, and Plaintiff's Counsel.

                                                                                    _/s/ Patricia D. Murphy
                                                                                    Patricia D. Murphy
                                                                                     Deputy Attorney General
                                                                                    820 N. French Street
                                                                                    Wilmington, DE  19801
                                                                                    (302) 577-8914
                                                                                    patricia.murphy@state.de.us