IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1200-SLR |
| | ) |
| STATE OF DELAWARE, DEPARTMENT OF | ) |
| PUBLIC SAFETY, and CAPITOL POLICE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 24th day of September, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment (D.I. 42) is granted.

2. The Clerk of Court is directed to enter judgment in favor of defendants (the State of Delaware, the Delaware Department of Public Safety, and the Delaware Capitol Police) and against plaintiff Russell Stewart.

_____
United States District Judge