IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL STEWART, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 04-1200-SLR |
| | ) |
| STATE OF DELAWARE, DEPARTMENT | ) |
| OF PUBLIC SAFETY, and CAPITOL | ) |
| POLICE, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of September 29, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants State of Delaware, Delaware Department of Public Safety, and Delaware Capitol Police and against plaintiff Russell Stewart.

_____
United States District Judge

Dated: September 29, 2006

_____
(By) Deputy Clerk